## SECOND DISTRICT.

**Eugene M. Uhden, executor of the estate of Maude M. Uhden, deceased, defendant in error, v. Otho B. King, plaintiff in error. Gen. No. 7,185.**

Attachment for contempt for failure to pay alimony. Defendant ordered to make payment. Error to the Circuit Court of Peoria county; the Hon. Theodore N. Green, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed April 10, 1924. Rehearing denied February 7, 1925.

Clarence W. Heyl, for plaintiff in error; Heyl & Heyl, of counsel. Burton & Hamilton, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

**W. F. Childs & Company, Limited, appellant, v. Aurora Brewing Company, appellee. Gen. No. 7,358.**

Assumpsit for goods sold. Judgment for defendant. Appeal from the County Court of Kane county; the Hon. S. N. Hoover, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 4, 1924. Rehearing denied February 7, 1925.

Fred B. Shearer, for appellant; Charles B. Dickerson, of counsel. E. L. Lyon, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Howard White, trustee in bankruptcy of Glasford Banner Farmers' Elevators, appellee, v. Turner-Hudnut Company, appellant. Gen. No. 7,364.**

Assumpsit to recover for grain sold. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 4, 1924. Rehearing denied February 7, 1925.

Hunter, Page & Kavanagh, for appellant. Dailey, Miller, McCormick & Radley and Joseph W. Maple, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**H. H. Troup and Walter C. Schneider, executors of the last will and testament of Madeline E. Huling, deceased, appellants, v. W. R. Hunter, appellee. Gen. No. 7,372.**

Suit for an accounting. Decree for defendant. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed October 4, 1924. Rehearing denied February 7, 1925.

Walter C. Schneider, *pro se*. Miller & Streeter, for appellants. Luther B. Bratton and Eva L. Minor, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.